**Opinion issued August 13, 2019**



In The

# Court of Appeals

For The

# First District of Texas

————————————————

## NO. 01-19-00019-CV

————————————————

**ANGELETA RODRIGUEZ, Appellant**

**V.**

**ROGER JANKI, Appellees**

---

**On Appeal from the County Civil Court at Law No. 4**
**Harris County, Texas**
**Trial Court Case No. 1120842**

---

## MEMORANDUM OPINION

Appellant, Angeleta Rodriguez, has failed to timely file a brief. *See* TEX. R.

APP. P. 38.6(a) (governing time to file brief), 38.8(a) (governing failure of appellant

to file brief). After being notified that this appeal was subject to dismissal, appellant

did not adequately respond. *See* TEX. R. APP. P. 42.3(b) (allowing involuntary dismissal of case).

Accordingly, we dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a), 42.3(b). We dismiss all pending motions as moot.

**PER CURIAM**

Panel consists of Justices Lloyd, Goodman, and Landau.